No. 184. FIRESTONE v. ALUMINUM COMPANY OF AMERICA ET AL.; and

No. 316. ALUMINUM COMPANY OF AMERICA ET AL. v. SPERRY PRODUCTS, INC., ET AL. C. A. 6th Cir. Certiorari denied. *Albert R. Teare* for petitioner in No. 184 and for respondent Firestone in No. 316. *Carlton Hill* for petitioners in No. 316 and for respondents in No. 184. *R. Morton Adams* for respondent Sperry Products, Inc., in No. 316. Reported below: 285 F. 2d 911.

No. 314. KINNEAR-WEED CORP. v. HUMBLE OIL & REFINING Co. C. A. 5th Cir. Certiorari denied. *William E. Kinnear* for petitioner.

No. 103, Misc. KINNEAR-WEED CORP. v. UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT ET AL. Motion for leave to file petition for writ of certiorari and/or mandamus and/or prohibition denied. *William E. Kinnear* for petitioner.

No. 318. GREAT LAKES AIRLINES, INC., ET AL. v. CIVIL AERONAUTICS BOARD. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Abe Krash* and *Roland E. Ginsburg* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Joseph B. Goldman, O. D. Ozment* and *William F. Becker* for respondent.

No. 321. LUX v. ILLINOIS EX REL. MILLER. Supreme Court of Illinois. Certiorari denied. *Andrew J. O'Conor* for petitioner. *William Zwanzig* for respondent.